# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARICE H., <br><br> Plaintiff, <br><br> v. <br><br> MICHELLE KING, Acting Commissioner of Social Security,[1] <br><br> Defendant. | Case No. 3:24-cv-1429-WQH-BLM <br><br> **ORDER** |

HAYES, Judge:

On January 29, 2025, the parties filed a Joint Motion for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (the "Joint Motion"). (ECF No. 14.)

IT IS HEREBY ORDERED that the Joint Motion (ECF No. 14) is granted. This case is hereby remanded to the Commissioner of Social Security ("Commissioner") pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Commissioner will develop the record as necessary; reconsider all relevant issues including, but not limited to, reconsidering whether there are a significant number of jobs that can be performed in the national economy; and issue a new decision.

---

[1] On January 20, 2025, Michelle King became the Acting Commissioner of Social Security. She is automatically substituted as the defendant pursuant to Federal Rule of Civil Procedure 25(d).

1  The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff
2  and against Defendant, reversing the final decision of the Commissioner, and to close
3  the case.

Dated: February 10, 2025

*William Q. Hayes* (signature)
Hon. William Q. Hayes
United States District Court